# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>DEILY VERAS,<br><br>          Defendant. | Case No. 17-CR-158-JPS<br><br><br><br>**ORDER** |

  On September 19, 2017, the government filed an Indictment against the defendant, charging him in twenty-one counts with mail fraud, theft of public money, and aggravated identity theft in violation of 18 U.S.C. §§ 641, 1028A, 1341, and 2. (Docket #1). On August 24, 2018, the parties filed a plea agreement indicating that the defendant agreed to plead guilty to Counts Four and Thirteen of the Indictment. (Docket #26).

  The parties appeared before Magistrate Judge Nancy Joseph on September 21, 2018, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #28). The defendant entered a plea of guilty as to Counts Four and Thirteen of the Indictment. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offense. (Docket #28 and #29).

  Thereafter, Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be

accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #29). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation (Docket #29) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 16th day of October, 2018.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge